**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| Anita Parker, | Case No. 1:08-CV-04769-RJD-SMG |
| Plaintiff, | |
| v. | |
| Central Credit Services, Inc., | **NOTICE OF SETTLEMENT** |
| Defendants. | |

Now comes Plaintiff, by and through counsel, and hereby gives notice that the parties in the above-captioned matter reached a settlement.   Plaintiff anticipates filing a Notice of Dismissal with Prejudice in the near future.

RESPECTFULLY SUBMITTED,

Macey & Aleman, P.C.

By: */s/ Michelle Labayen*
Michelle Labayen (SBN# 6868)
120 Lexington Avenue
Suite 2132
New York, NY 10170
Tel: 866.339.1156
Fax: 312.822.1064
mal@legalhelpers.com
*Attorney for Plaintiff*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that, on January 29, 2009, a copy of the foregoing Notice was filed

electronically.  Notice of this filing will be sent by operation of the Court's electronic filing

system to all parties indicated on the electronic filing receipt.

Central Credit Services, Inc.
c/o Paul Whitson
9550 Regency Square Boulevard, Suite 500
Jacksonville, FL 32225

*/s/ Richard J. Meier*