UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| Anita Parker,<br><br>Plaintiff,<br><br>v.<br><br>Central Credit Services, Inc.,<br><br>Defendants. | Case No. 1:08-CV-04769-RJD-SMG<br><br><br>**NOTICE OF DISMISSAL<br>WITH PREJUDICE** |

Now comes Plaintiff, by and through counsel, and hereby dismisses the present action pursuant to Fed. R. 41(a)(1)(A)(i), with prejudice. This notice is being filed before Defendant has served an answer and therefore is appropriate for dismissal absent stipulation by all parties.

RESPECTFULLY SUBMITTED,

Macey & Aleman, P.C.

By: */s/ Michelle Labayen*
Michelle Labayen (SBN# 6868)
420 Lexington Avenue
Suite 2132
New York, NY 10170
Tel: 866.339.1156
Fax: 312.822.1064
mal@legalhelpers.com
*Attorney for Plaintiff*

So Ordered.

s/ Judge Raymond J. Dearie

4/22/09

1